## Hauser et al. *v.* Goldstein et al., Appellants.

Argued April 21, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Alexander A. DiSanti,* with him *Richard, Brian, DiSanti & Hamilton,* for appellants.

*Guy G. deFuria,* with him *Fronefield, deFuria and Petrikin,* for appellees.

OPINION PER CURIAM, October 9, 1970:
Motion to quash appeal is denied. Decree affirmed.
Each party to bear own costs.